UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SOUTHERN SNOW MANUFACTURING CO.                CIVIL ACTION

VERSUS                                         NO. 10-4275

SNOW WIZARD, INC.                              SECTION "A"(1)

## ORDER AND REASONS

Before the Court is a **Motion to Alter or Amend Judgment
Pursuant to FRCP 59 (Rec. Doc. 53)** filed by SnoWizard, Inc.
Plaintiff Southern Snow Manufacturing Co., Inc. opposes the motion.
The motion, set for hearing on August 3, 2011, is before the Court
on the briefs without oral argument.

On July 11, 2011, the Court dismissed without prejudice Civil
Action 10-4275 at Plaintiff's suggestion so that all claims
asserted in that case could be pursued in the new Civil Action 11-
1499. (7-11-11, Minute Entry, Rec. Doc. 52). Although no
objection was raised at the time, SnoWizard moves to reinstate 10-
4275 contending that Hanover has denied defense/coverage in 11-1499
even though it had agreed to provide a defense in 10-4275, this
notwithstanding that the claims in Civil Action 11-1499 were
represented to be merely redundant or duplicative of the claims
asserted in 10-4275. SnoWizard suggests that Plaintiff's counsel
intentionally drafted the complaint in 11-1499 so as to exclude
coverage, then moved to dismiss 10-4275 (the case Hanover was
defending) based on false representations of redundancy, so as to

force SnoWizard to bear all of its own defense costs. (Def. Memo, Rec. Doc. 53 at 2).

Clearly, SnoWizard envisions that if the Court vacates the dismissal of 10-4275 then Hanover will simply resume defending the case as if nothing had happened, and perhaps pick up the defense in 11-1499.  The Court is not as easily convinced because the issue of coverage and whether Hanover owes a defense to SnoWizard has been a hotly contested issue in this case for years.  In fact, with no denigration to Hanover intended, the Court is certain that the simple act of reinstating 10-4275 is not going to get SnoWizard what it wants.  SnoWizard believes that if the Court reinstates 10-4275 then substantially more litigation can be avoided, (Def. Memo, Rec. Doc. 53 at 5), but unfortunately that is not likely. Therefore, SnoWizard should proceed with filing its third-party claim against Hanover seeking a defense and other relief to which it believes that it is entitled under the policy.

Accordingly, and for the foregoing reasons;

**IT IS ORDERED** that the **Motion to Alter or Amend Judgment Pursuant to FRCP 59 (Rec. Doc. 53)** filed by SnoWizard, Inc. is **DENIED**.

August 31, 2011

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE

2